

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL NAGY, | NO. C 03-01875 JW   PR |
| Plaintiff(s), | **ORDER OF DISMISSAL** |
| v. | |
| SANTA CLARA COUNTY, et al., | |
| Defendant(s). | |

On April 25, 2003, Plaintiff filed the instant suit pursuant to 42 U.S.C. section 1983. On February 26, 2006, the Court issued an Order Directing Petitioner to File a Notice of Intent to Prosecute and to Provide Court with Current Address ("Order"). On March 6, 2006, the mail was returned to the Court as undeliverable. The Clerk's Office attempted to send the Order to Plaintiff again, this time using the Santa Clara County Prison address. The mail was returned again as undeliverable. In light of the foregoing, this action is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The clerk shall close the file. The Court certifies that any appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated: May 17, 2006

JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Jw\CR.03\nagy1875dis.wpd

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel Nagy
K99108
High Desert State Prison
P. O. Box 3030
Susanville, CA 96127

Daniel Nagy
885 N. San Pedro Street
San Jose, CA 95110

**Dated: 5/17/06 Richard W. Wieking, Clerk**

                                          **By:   /s/JW Chambers**
                                               **Melissa Peralta**
                                             **Courtroom Deputy**

Order of Dismissal
P:\PRO-SE\SJ.Jw\CR.03\nagy1875dis.wpd

United States District Court
For the Northern District of California